UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO

STATE OF OHIO            )
                         ) SS
COUNTY OF HAMILTON       )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, JOSEPH ROSSITER, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since May 2016. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for southeast Indiana, and southern Ohio. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

I have become aware that drug traffickers frequently use Priority Mail Express, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the parcel is heavily taped, the parcel is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the parcel, and the listed address is located in an area of known or suspected drug activity.

On or about May 11, 2017, I was contacted by Postal Inspectors from the Houston Division that a package (the "Package") was purchased via the "Dark Web" from a suspect in Houston, TX (the "Suspect"), and being mailed to an individual in the Cincinnati, OH area. The Suspect was mixing illegal narcotics and pressing them in to a pill form. Prior packages mailed from the Suspect contained pills made of mixtures of fentanyl, methamphetamines, Adderall, and oxycodone. The Package was identified as Priority Mail Package tracking number 9405536897846184120365 addressed to Devin Fuller, 4715 Central Avenue Apartment 2, Middletown, OH 45044 with a return address of Trevor Gray, 10411 South Drive, Houston, TX 77099. The Package was intercepted at the Middletown Post Office by management and sent to my office.

I did a check in Clear on the Package's destination address, 4715 Central Avenue Apartment 2, Middletown, OH 45044. Clear is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to Clear, the name "Devin Fuller" is associated with 4715 Central Avenue Apartment 2, Middletown, OH 45044.

I did a check in Clear on the Package's return address, 10411 South Drive, Houston, TX 77099. According to Clear the name "Trevor Gray" is not associated with 10411 South Drive, Houston, TX 77099.

On or about May 22, 2017, Drug Enforcement Administration ("DEA") Task Force Officer William Conrad was contacted to arrange for a narcotic canine to check the Package. DEA Task Force Officer William Conrad responded to the Cincinnati Postal Inspection Service office, Cincinnati, Ohio, where the Package was placed in a controlled area and presented to narcotic canine, "Joey." "Joey" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon the Package. As noted above, attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

The Package is further identified as follows: a yellow, flat envelope 9" x 7" in size, bearing tracking number 9405536897846184120365, weighing 10 ounces, postmarked May 7, 2017; see address information below:

2

**Sender:** Trevor Gray
10411 South Drive
Houston, TX 77099

**Addressee:** Devin Fuller
4715 Central Ave Apt 2
Middletown, OH 45044

This information along with the positive alert of narcotic canine "Joey" is indicative of a drug package or its proceeds.

Based on the information contained herein, your affiant believes that contained in the Package is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Joseph L. Rossiter
Postal Inspector

Subscribed and sworn to and before me this 19 day of July, 2017.

Honorable Stephanie K. Bowman
United States Magistrate Judge

3



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, William Conrad, am and have been employed by the Covington PD/DEA since 2010. Among other duties, I am currently the assigned handler of narcotics detection canine "Joey" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

marijuana, cocaine, methamphetamine and heroin

On 5/22/17, at the request of Postal Inspector Rossiter, I responded to Cincinnati Postal Inspection Service office, where ___ did alert to and indicate upon:

[describe item]

9405 5368 9784 6184 1203 65
From: Trevor Gray
10411 South Dr
Houston, TX 77099

To: Devin Fuller
4715 Central Ave Apt 2
Middletown, OH 45044

Which, based upon my training and experience and that of "Joey" indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ 5/22/17
(Signature and Date)

_____ 5/22/17
(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5740
Telephone: 877-876-2455
FAX: 513-684-8000